EARL J. DAVIS et al., Respondents, *v.* INTERNATIONAL RAILWAY COMPANY, Appellant.

*Davis* v. *International Ry. Co.*, 169 App. Div. 968, affirmed.
(Argued November 22, 1917; decided January 8, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 11, 1915, unanimously affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to recover damages alleged to have been sustained to their property by reason of the operation of defendant's cars over a

certain Y or switches adjoining plaintiff's premises on
Seneca street in the city of Buffalo, N. Y., and for an
injunction prohibiting the defendant from continuing the
operation of its cars over said Y or switches.

*James O. Moore* for appellant.

*W. H. Ticknor* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND,
McLAUGHLIN and ANDREWS, JJ. Not sitting: CUDDE-
BACK, J.